IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**LORALIE N. HISSAM,**

    Plaintiff,

v.                                                       Civil Action No. 2:13-CV-3
                                                             (BAILEY)

**CITY OF BUCKHANNON,** a political subdivision of
the State of West Virginia,
and **MATT GREGORY,** in his official capacity as
Chief of Police of Buckhannon Police Department**,**

    Defendants.

## ORDER DISMISSING CASE

Inasmuch as the parties have informed this Court by letter dated June 19, 2013 [Doc. 11], that the parties have reached a settlement agreement on all issues in the above-styled action, it is **ORDERED** that this civil action be, and the same is, hereby **DISMISSED** with prejudice and retired from the active docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** July 1, 2013.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE